IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

**SEAN P. RYAN,**

    **Plaintiff,**

vs.                        CASE NO:08-CV-01618-T30 EAJ

**LAW OFFICES OF DAVID J. STERN, P.A.; ADAM F. GEORGE,**

    **Defendants**
_____/

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

**COMES NOW** the plaintiff by and through his undersigned attorney and moves this Honorable Court to dismiss the above styled case with prejudice and would state as his grounds the parties have resolved their differences.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Forrest McSurdy
The Law Office of David Stern, P.A.
900 S. Pine Island Road Suite 400
Plantation, FL 33324

                                  /s/ Frederick W. Vollrath
                                  FREDERICK W. VOLLRATH, ESQ.
                                  VOLLRATH-CONDON, P.A. - 165812
                                  307 S. Fielding Ave., #2
                                  Tampa, Florida  33606
                                  813-251-2626 Fax 813-254-2979
                                  Email: fredvollrath@aol.com
                                  COUNSEL FOR PLAINTIFFS