UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SEAN P. RYAN,**

    **Plaintiff,**

**v.**                                 Case No.  8:08-cv-1618-T-30EAJ

**LAW OFFICES OF DAVID J. STERN,
P.A. and ADAM R. GEORGE,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion to Dismiss With Prejudice (Dkt. 6).  Upon consideration, it is ORDERED AND ADJUDGED that:

1.    Plaintiff's Unopposed Motion to Dismiss With Prejudice (Dkt. 6) is **GRANTED.**

2.    This cause is **DISMISSED with prejudice**.

3.    All pending motions are denied as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on September 25, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1618.dismissal.frm